Notice to all attorneys: Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OCH

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: Vivian Rae Jamerson | Case No.: 10–42533 RN 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

**ORDER FOR DEBTOR(S) TO APPEAR AT**
**CONTINUED MEETING OF CREDITORS**

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:** April 28, 2010 | **TIME:** 01:30 PM |
|---|---|
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 ||

Dated: 4/8/10

By the Court:

Randall J. Newsome
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: twilliams           Page 1 of 1              Date Rcvd: Apr 08, 2010
Case: 10-42533                Form ID: OCH              Total Noticed: 15
```

The following entities were noticed by first class mail on Apr 10, 2010.
```
db          +Vivian Rae Jamerson,   825 Heasrt Avenue,   Berkley, CA 94710-2059
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA  94280-0001
smg          CA Franchise Tax Board,   Special Procedures Bankruptcy Unit,   P.O. Box 2952,
              Sacramento, CA  95812-2952
smg         +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg         +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
10741927    +Best Buy Co, Inc,   Po Box 15521,   Wilmington, DE 19850-5521
10741928    +Blair,   Po Box 659707,   San Antonio, TX 78265-9707
10790369     Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
              Charlotte, NC  28272-1083
10741929    +Capital One Bank NA,   PO Box 60599,   City of Industry, CA 91716-0599
10741930    +FIA Card Services,   PO Box 15726,   Wilmington, DE 19886-5726
10741933    +Vivian Rae Jamerson,   825 Hearst Ave,   Berkley, CA 94710-2059
10763790    +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
              Des Moines, IA 50306-9210
10741931    +Weltman, Weinberg & Reis Co LPA,   323 W Lakeside Ave #200,   Cleveland, OH 44113-1099
10741932    +Zwacker & Associates,   PO Box 101145,   Birmingham, AL 35210-6145
```

The following entities were noticed by electronic transmission on Apr 08, 2010.
```
cr           E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2010 00:28:48     Capital Recovery III LLC,
              c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
                                                                                                TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10741934     George Holland/s/,   Henri Norris/s/
                                                                                         TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2010          Signature:          *Joseph Speetjens*