Form OCH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Vivian Rae Jamerson | Case No.: 10–42533 RN 7 |
| Debtor(s) | Chapter: 7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT
## CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| | |
|---|---|
| **DATE:** April 28, 2010 | **TIME:** 01:30 PM |
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 | |

Dated: 4/15/10                    By the Court:

Randall J. Newsome
United States Bankruptcy Judge